UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHOEL LOWY, on behalf of himself and all others similarly situated,

           Plaintiffs,

-against-

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

           Defendant.

Case No. 1:17-cv-07574-KAM-RLM

**NOTICE OF VOLUNTARY DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
          February 21, 2018

Respectfully submitted,

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
Phone:   (917) 299-6612
Facsimile: (718) 425-8954
*Attorneys for Plaintiff*

So Ordered: /s/
Kiyo A. Matsumoto
U.S. District Judge
Feb. 21, 2018